Suburban Motor Freight, Inc., Appellee, v. Darling and Company, Appellant.

Gen. No. 45,803.

John S. Burchmore, Nuel D. Belnap, Robert N. Burchmore, and Richard J. Hardy, for appellant;

Walter, Burchmore & Belnap, of counsel; Eckhart, Klein, McSwain & Campbell, for appellee; M. A. Palumbo, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed November 6, 1952; rehearing denied November 24, 1952; released for publication December 9, 1952.